IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**JAMES ARTHUR SHARKEY**                                                           **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 4:18-CV-00017-DMB-JMV**

**HUMPHREYS COUNTY, MISSISSIPPI;**
**SHERIFF J.D. ROSEMAN, IN HIS INDIVIDUAL**
**AND OFFICIAL CAPACITY AS SHERIFF OF HUMPHREYS**
**COUNTY SHERIFF'S DEPARTMENT; AND DEPUTY**
**SEAN WILLIAMS, IN HIS INDIVIDUAL AND OFFICIAL**
**CAPACITY AS DEPUTY SHERIFF OF HUMPHREYS**
**COUNTY SHERIFF'S DEPARTMENT**                        **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "a motion asserting an immunity defense… stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion… [is a decision] committed to the discretion of the court, upon a motion by any party seeking relief." L.U. Civ. R. 16(b)(3)(B).

Defendants have filed a summary judgement motion based on qualified immunity. [Doc. #12]. Accordingly, staying discovery in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, April 9, 2018.

                                              /s/ Jane M. Virden
                                              **UNITED STATES MAGISTRATE JUDGE**