IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

JAMES ARTHUR SHARKEY     PLAINTIFF

VS.     NO. 4:18-cv-017-DMB-JMV

HUMPHRYS COUNTY, MISSISSIPPI;
SHERIFF J.D. ROSEMAN, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY AS SHERIFF OF
HUMPHREYS COUNTY SHERIFF'S DEPARTMENT;
AND DEPUTY SEAN WILLIAMS, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY AS D EPUTY SHERIFF OF
HUMPHREYS COUNTY SHERIFF'S DEPARTMENT     DEFENDANTS

## MOTION TO WITHDRAW

**COMES NOW** the Movant, **BOYD P. ATKINSON**, Attorney for Plaintiff, **JAMES ARTHUR SHARKEY**, and files his Motion to Withdraw and in support thereof would show unto the Court the following facts, to-wit:

I.

The Movant would show that there has arisen a fundamental difference between himself and his client, James Arthur Sharkey, that makes it impossible for the Movant to continue to represent the Plaintiff in his claim against the Defendants named in this lawsuit.

**WHEREFORE, PREMISES CONSIDERED**, Movant asks that this Court allow him to withdraw and be relieved from any further responsibility to represent the Plaintiff in this matter.

**RESPECTFULLY SUBMITTED** on this the 11th day of April, A.D., 2018.

*s/s Boyd P. Atkinson*
***Attorney for Defendant***
***MSB No. 8324***
***P.O. Box 427***
***Cleveland, MS 38732***
***(662) 843-9766***

## CERTIFICATE OF SERVICE

I, Boyd P. Atkinson, Attorney at Law, do hereby certify that I have this day electronically filed, by using the ECF system, a true and correct copy of the above and foregoing Motion to Withdraw which electronically sent notice to the following:

Hon. Jane M. Virden
judge_virden@msnd.uscourts.gov

Hon. Tiffany N. Carey
tcarey@danielcoker.com

and have further mailed a true and correct copy of said Motion to Withdraw, by regular United States Mail, postage prepaid, a true and correct copy of the above Motion to:

James Arthur Sharkey
Post Office Box 371
Belzoni, Mississippi 39038

THIS the 11th day of April, A.D., 2018.

*s/s Boyd P. Atkinson*