IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**JAMES ARTHUR SHARKEY**                                      **PLAINTIFF**

**VS.**                             **NO.**      **4:18-cv-017-DMB-JMV**

**HUMPHRYS COUNTY, MISSISSIPPI; SHERIFF J.D. ROSEMAN,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SHERIFF OF
HUMPHREYS COUNTY SHERIFF'S DEPARTMENT; AND DEPUTY
SEAN WILLIAMS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY
AS DEPUTY SHERIFF OF HUMPHREYS COUNTY**           **DEFENDANTS**
**SHERIFF'S DEPARTMENT**

### *ORDER ALLOWING MOTION TO WITHDRAW*

Before the court is the motion to withdraw as attorney [15] filed by BOYD P. ATKINSON, Attorney for Plaintiff, ***JAMES ARTHUR SHARKEY***, to withdraw from any further responsibility of representing the Plaintiff in this matter. The court, having considered the motion, and noting the Plaintiff has filed no opposition thereto, and otherwise being fully advised in the premises pursuant to Local Uniform Civil Rule 83.1(b)(3), finds and determines as follows:

1. The motion to withdraw as counsel filed BOYD P. ATKINSON, Attorney for Plaintiff, ***JAMES ARTHUR SHARKEY*** is hereby GRANTED.

2. The Plaintiff has thirty (30) days to obtain other counsel to represent him or notify the court that he intends to proceed *pro se* in the above styled cause.

3. Unless and until new counsel for Plaintiff enters an appearance, Plaintiff can be served with pleadings at the following address:

> James Arthur Sharkey
> Post Office Box 371
> Belzoni, Mississippi 39038

***ORDERED AND ADJUDGED*** on this the 30th day of April, 2018.

    /s/ Jane M. Virden
***HON. JANE M. VIRDEN***
***U.S. MAGISTRATE JUDGE***