4:18CV17 - DMB-SMV

FILED

OCT 26 2018

DAVID CREWS, CLERK
BY _____ Deputy

In the United States
District Court for the Northern
District of Mississippi

James Arthur Sharkey        plaintiff
    VS.
JMV                          NO. 4:18-CV-017
                             DMB-

Humphreys County, Mississippi:
Sheriff J.D. Roseman, in his
Capacity as Sheriff of Humphreys
County Sheriff Department; And
Deputy Sean Williams, in
his capacity as Deputy Sheriff
of Humphreys County Sheriff
Department

     To the Honorable Jane M. Virden
the United States District
Magistrate Judge;

     Your Honor, I, James Arthur
Sharkey; request for a Motion
for Pretrial Conference
Conference using our Adversary

system, Rules of law that
will warrent a fair proceeding
and not using perjury
to the fullest extent of
the law, I believe that our
Country is obligated to
expose law enforcement officer
officer that obstruct justice
instead of enforce justice,
not having proble cause
only preliminate causes,
as I have prepared my
witness to testify on
my behave, Including my
broten Charles Edward Hunkey
the Humphrey County Sheriff
Department, Called my broten
while he and his wife
were shopping, to come
to the Sheriff Department
in an attempt after lying
on the offence report, I
and my broten beliving
that it was an attempt
of surbornation Perjury

With this attempt to
question by broken on
this attempt to Obstruct
Justice under Federal
Statue 18 U.S.C.A. §§ 1501 to
1520,

## Certificate

I, James Arthur She hereby
mailed Oct. 16, 2018 by the
United States Postal Service.

P.O. Box 371
Belzoni, Ms
39038

for the Honorable

Jane M. Virden

JACKSON MS 390

RECEIVED

OCT 26 2018

United States District Court
Northern District of Mississippi

James Arthur Stanley
P.O. Box 371
Belzoni, MS 39038

Honorable Jane M. Virden
United States District Court For Northern
District Of Mississippi Office of the Clerk
301 W Commerce St. #13
(Aberdeen) 39730-2510 1375



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016