IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES ARTHUR SHARKEY     PLAINTIFF

V.     NO. 4:18-CV-17-DMB-JMV

HUMPHREYS COUNTY, MISSISSIPPI;
et al.     DEFENDANTS

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [30], staying this case pending a ruling on the [27] motion for summary judgment. The District Judge has now ruled on the motion. Doc. #38. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**. A case management conference will be set by separate notice of the court.

**SO ORDERED**, this January 14, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**