# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**JAMES ARTHUR SHARKEY**      **PLAINTIFF**

**VS.**      **CIVIL ACTION NO.: 4:18-CV-17-JMV**

**HUMPHREYS COUNTY, MISSISSIPPI, ET AL.**      **DEFENDANTS**

## ORDER

This matter is before the court on the "Motion for Discovery" filed by plaintiff, James Sharkey. The court, having considered the motion, finds that it is not well taken as discovery in this case has been stayed. The motion may be re-urged should the stay of discovery be lifted by further order of the court.

**SO ORDERED**, this Tuesday, March 10, 2020.

                          /s/ Jane M. Virden
                          UNITED STATES MAGISTRATE JUDGE