# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JAMES ARTHUR SHARKEY**                                                 **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 4:18-CV-00017-JMV**

**HUMPHREYS COUNTY, MISSISSIPPI, ET AL.**                   **DEFENDANTS**

## ORDER

This matter is before the court to *sua sponte* stay any response to the pending [61] motion to strike affidavits, for a period of thirty (30) days.

Upon the expiration of the thirty days, the plaintiff will have five (5) additional days to file any response and the defendant will then have three (3) days to file a reply.

**SO ORDERED**, this Tuesday, April 07, 2020.

                                                /s/ Jane M. Virden
                                       UNITED STATES MAGISTRATE JUDGE