# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JAMES ARTHUR SHARKEY**                                              **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO.: 4:18-CV-00017-JMV**

**HUMPHREYS COUNTY, MISSISSIPPI, ET AL.**                 **DEFENDANTS**

## ORDER

This matter is before the court on the [66] renewed "Motion for Discovery" filed by plaintiff, James Sharkey.[1] The court, having considered the motion, finds that it is not well taken as discovery in this case remains stayed. The motion may be re-urged should the stay of discovery be lifted by further order of the court.

**SO ORDERED**, this Wednesday, April 08, 2020.

                                               /s/ Jane M. Virden
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] On February 28, 2020, the plaintiff previously filed an identical [54] motion for discovery, which was subsequently denied. Doc. #60.